# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STATE OF NEVADA,

    Plaintiff(s),

v.

MARCUS WYNNYCKY,

    Defendant(s).

Case No.: 2:20-cv-00885-KJD-NJK

**REPORT & RECOMMENDATION**

Pending before the Court is an order for Defendant to show cause why this case should not be remanded to state court. Docket No. 6. The Court ordered Defendant to respond to the order no later than July 6, 2020. *Id.* at 3. Defendant failed to comply with the Court's order. *See* Docket.

Accordingly, the Court **RECOMMENDS** that the case be **REMANDED** to the Las Vegas Justice Court for lack of jurisdiction and that the federal action be closed. Further, the Court **DENIES** Defendant's *in forma pauperis* application as moot. Docket No. 5.

IT IS SO ORDERED.

Dated: July 13, 2020

                                  Nancy J. Koppe
                                  United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1