UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARCUS WYNNYCKY,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:20-cv-00885-KJD-NJK<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Before the Court for consideration is the Report and Recommendation (#7) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered July 13, 2020, recommending that the action be remanded to Las Vegas Justice Court for lack of jurisdiction. Defendant did not object.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#7) containing the findings and recommendations of Magistrate Judge Koppe, entered July 13, 2020, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) is **ADOPTED** and **AFFIRMED** and the action is remanded to state court.

Dated this 29th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge